BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
CHRISTOPHER S. ATWOOD, IDAHO STATE BAR NO. 7013
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

U.S. COURTS

APR 10 2019

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID PAUL ROBERTS,<br>STEVEN TODD THOMPSON,<br>COLT MURDOCK SPENCER,<br>TIMOTHY PATRICK HIGDEM,<br>ECHO MARIE DALOS,<br>CRYSTAL SUE COX,<br>AMANDA RACHELLE SMITH,<br><br>Defendants. | Case No. 1:18-CR-00401-EJL<br><br>**SUPERSEDING INDICTMENT**<br><br>18 U.S.C. § 924(a)(1)(A)<br>21 U.S.C. § 841(a)(1) and (b)(1)(A)<br>21 U.S.C. § 841(a)(1) and (b)(1)(C)<br>21 U.S.C. § 846<br>21 U.S.C. § 853 |

The Grand Jury charges:

### COUNT ONE

**Conspiracy to Distribute Methamphetamine**
**21 U.S.C. §§ 841(a)(1), (b)(1)(C), and 846**

From on or about August 2017, and continuing thereafter until April 10, 2019, in the

District of Idaho, and elsewhere, the defendants, DAVID PAUL ROBERTS, STEVEN TODD

THOMPSON, COLT MURDOCK SPENCER, TIMOTHY PATRICK HIGDEM, ECHO MARIE DALOS, CRYSTAL SUE COX, and AMANDA RACHELLE SMITH, knowingly and intentionally conspired and agreed together and with other unnamed persons, to commit the following offense against the United States: to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C), and 846.

## COUNT TWO

### Possession of Methamphetamine with the Intent to Distribute
### 21 U.S.C. § 841(a)(1) and (b)(1)(A)

On or about December 10, 2018, in the District of Idaho, the defendant, DAVID PAUL ROBERTS, knowingly and intentionally possessed with intent to distribute five hundred grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

## COUNT THREE

### Distribution of Methamphetamine
### 21 U.S.C. § 841(a)(1) and (b)(1)(A)

On or between August 1, 2018, and August 28, 2018, in the District of Idaho, the defendant, DAVID PAUL ROBERTS, knowingly and intentionally distributed fifty grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

## COUNT FOUR

### Distribution of Methamphetamine
### 21 U.S.C. § 841(a)(1) and (b)(1)(C)

On or about May 3, 2018, in the District of Idaho, the defendant, TIMOTHY PATRICK HIGDEM, knowingly and intentionally distributed a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT FIVE

### Distribution of Methamphetamine
### 21 U.S.C. § 841(a)(1) and (b)(1)(C)

On or about October 2, 2018, in the District of Idaho, the defendant, ECHO MARIE DALOS, knowingly and intentionally distributed a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## CRIMINAL FORFEITURE ALLEGATION

### Drug Forfeiture
### 21 U.S.C. § 853

Upon conviction of the offenses alleged in Counts One through Five of this Superseding Indictment, the defendants, DAVID PAUL ROBERTS, STEVEN TODD THOMPSON, COLT MURDOCK SPENCER, TIMOTHY PATRICK HIGDEM, ECHO MARIE DALOS, CRYSTAL SUE COX, and AMANDA RACHELLE SMITH, shall forfeit to the United States any and all property, real and personal, tangible and intangible, consisting of or derived from any proceeds the defendants obtained directly or indirectly as a result of the foregoing drug offenses; and any and all property, real and personal, tangible and intangible, used or intended to be used, in any

manner or part, to commit, or to facilitate the commission of, the foregoing offenses including but not limited to the following:

1. <u>Seized Property</u>: $6,500 seized at 304 Van Buren Street, in Twin Falls, Idaho, on December 10, 2018,

2. <u>Unrecovered Cash Proceeds</u>: At least $20,000 in United States currency and all interest and proceeds traceable thereto, in that such sum in aggregate is property which constituted proceeds of the charged offenses, property involved in or facilitating such offenses, or was received in exchange for the distribution of controlled substances, and was subsequently expended, spent, distributed or otherwise disposed of by the defendants.

### Substitute Assets

Pursuant to 21 U.S.C. § 853 and other applicable statutes, the government will seek forfeiture of substitute assets, "or any other property of the defendant" up to the value of the defendants' assets subject to forfeiture. The government will do so when the property subject to forfeiture cannot be forfeited for one or more of the following reasons:

    a.     Cannot be located upon the exercise of due diligence;

    b.     Has been transferred or sold to, or deposited with, a third person;

    c.     Has been placed beyond the jurisdiction of the court;

    d.     Has been substantially diminished in value; or

    e.     Has been commingled with other property which cannot be subdivided

without difficulty.

**SUPERSEDING INDICTMENT - 4**

Dated this 10th day of April, 2019.

                                              A TRUE BILL

                                              */s/ [signature on reverse]*

                                              FOREPERSON

BART M. DAVIS  
UNITED STATES ATTORNEY  
By:

_____  
CHRISTOPHER S. ATWOOD  
ASSISTANT UNITED STATES ATTORNEY

**SUPERSEDING INDICTMENT - 5**