BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
CHRISTOPHER S. ATWOOD, IDAHO STATE BAR NO. 7013
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-1413

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID PAUL ROBERTS,<br> STEVEN TODD THOMPSON,<br> COLT MURDOCK SPENCER,<br> TIMOTHY PATRICK HIGDEM,<br> ECHO MARIE DALOS,<br> CRYSTAL SUE COX,<br> AMANDA RACHELLE SMITH,<br><br>Defendants. | Case No. 18-CR-401-EJL<br><br>**MOTION TO UNSEAL SUPERSEDING INDICTMENT** |

The United States of America, by and through Bart M. Davis, United States Attorney, and the undersigned Assistant United States Attorney for the District of Idaho, requests that the Court Order the Clerk of Court to unseal the superseding indictment in this case.  The reasons for the sealing the superseding indictment are no longer applicable.  Therefore, the government requests the Court unseal the superseding indictment and any related coversheets.

MOTION TO UNSEAL SUPERSEDING INDICTMENT - 1

Respectfully submitted this 23rd day of April, 2019.

        BART M. DAVIS
        UNITED STATES ATTORNEY
        By:

/s/ *Christopher S. Atwood*
_____

        CHRISTOPHER S. ATWOOD
        Assistant United States Attorney

MOTION TO UNSEAL SUPERSEDING INDICTMENT - 2