# CRIMINAL COVERSHEET

| | |
|---|---|
| **DEFENDANT'S NAME:** Steven Todd Thompson | **JUVENILE:** No |
| **DEFENSE ATTORNEY:** Craig H. Durham | |
| **Address:** 223 N. 6th Street, Suite 325, Boise, ID 83702 | **PUBLIC or SEALED:** Public |
| | **SERVICE TYPE:** Notice (Summons or Warrant or Notice (if Superseding)) |
| **Telephone No.:** (208) 345-5183 | **ISSUE:** Yes |
| **INVESTIGATIVE AGENT:** Ron Shackle | **INTERPRETER:** No |
| **Telephone No.:** (208) 573-5905 | language: |
| **AGENCY:** Alcohol, Tobacco, Firearms and Explosives | |
| **CASE INFORMATION:** Related to US v Roberts et al, US v. Brian Hansen, US v. Jimmy Thorpe, US v. Dillon Boyd, and US v. Dustin Dalos | **RELATED COMPLAINT:** Yes  **CASE NUMBER:** 1:18-CR-401-EJL |

U.S. COURTS
OCT 09 2019
Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

# CRIMINAL CHARGING INFORMATION

**CHARGING DOCUMENT:** Third Superseding Indictment

| | | | |
|---|---|---|---|
| **Felony:** Yes | | **County of Offense:** Twin Falls | |
| **Class A Misdemeanor:** No | | **Estimated Trial Time:** 1 week | |
| **Class B or C Misdemeanor:** No (Petty Offense) | | | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 21 U.S.C. §§ 841(a)(1), (b)(1)(C), and 846 | ONE | Conspiracy to Distribute Methamphetamine | Up to 20 years in prison; up to $1,000,000 fine; at least 3 years of supervised release; $100 special assessment |
| 21 U.S.C. § 841(a)(1) and (b)(1)(C); 18 U.S.C. § 2 | TWO | Aiding and Abetting the Possession of Methamphetamine with the Intent to Distribute | Up to 20 years in prison; up to $1,000,000 fine; at least 3 years of supervised release; $100 special assessment |
| 21 U.S.C. § 841(a)(1) and (b)(1)(B) | THREE | Possession of Methamphetamine with the Intent to Distribute | A minimum of 5 years and up to 40 years imprisonment; at least 4 years supervised release; up to $5,000,000 fine; $100 special assessment |
| 21 U.S.C. § 853 | DRUG FORFEITURE ALLEGATION | Drug Forfeiture | Forfeiture of Listed Property |

**Date:** October 8, 2019    **Assistant U.S. Attorney:** CHRISTOPHER S. ATWOOD
                             **Telephone No.:** (208) 334-1211