CRIMINAL PROCEEDINGS - **Sentencing**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| Judge B. Lynn Winmill | Date: July 15, 2020 |
| Case No. 1:18-cr-401-BLW-3 | Deputy Clerk: Jamie Gearhart |
| and 1:19-cr-135-BLW-2 | Reporter: Brooke Bohr |
| Place: Boise | Time:  9:15 - 10:13 a.m. |
| | 10:26 - 10:48 a.m. |

UNITED STATES OF AMERICA vs COLT MURDOCK SPENCER

Counsel for United States - Christopher Atwood
Counsel for Defendant - Robyn Fyffe
Probation - Tonya McDonald (appearing by phone)

(X)   The Court reviewed the case history. The defendant previously pleaded guilty to Count 1 of the 3rd Superseding Indictment in case 1:18-cr-401-BLW and Count 1 of the Superseding Indictment in case 1:19-cr-135-BLW.
(X)   The Court granted the Government's oral motion to dismiss Count 2 of the Superseding Indictment in case 1:19-cr-135-BLW.
(X)   Counsel made sentencing recommendations to the Court.
(X)   Defendant made remarks on his own behalf.
(X)   The Court granted the Government's motion for 3rd point reduction for acceptance of responsibility.
(X)   The Court granted the request for a downward departure.
(X)   The Court adopted the Presentence Report.
(X)   Mixture of methamphetamine calculation:
          Adjusted offense level 27
          Criminal history category III
          Guideline range 87-108 months
(X)   Court addressed 3553(a) factors and finds grounds to sentence below the guideline range.

SENTENCE: Defendant is hereby placed on probation for a term of 5 years in each case, all such terms to run concurrently.

The defendant shall pay to the United States a special assessment of $200 ($100 in each case), which shall be due immediately.

The defendant shall pay to the United States a fine of $1,000 ($500 in each case), which shall be due immediately.

The defendant and co-defendants, David Paul Roberts, Dale Lee Walker, and Levi Urrabazo shall pay restitution, jointly and

severally, in the total amount of $165,451 to the Clerk of the U.S. District Court, 550 W. Fort Street, Suite 400, Boise, Idaho, 83724, in case 1:19CR00135-002.

The court determines the defendant does not have the ability to pay interest on the restitution. Therefore, the interest on the restitution is waived.

All monetary penalties are due and payable immediately.

During the term of probation, the defendant shall submit nominal monthly payments of 10% of gross income, but not less than $25 per month, unless further modified by the Court.

The defendant shall comply with all mandatory, standard, and special conditions of probation as outlined in the Sentencing Recommendation (Dkt. 338).

For a period of 18 months you are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the probation officer.  Location monitoring technology shall be utilized to monitor this restriction on the defendant's movement in the community as well as other court-imposed conditions of release.  The defendant shall abide by all technology requirements.  The cost to be paid in full by the defendant.


(X) Defendant advised of penalties for violation of terms and conditions of probation.

(X) Right to appeal explained.